Section 1500 precludes jurisdiction in the Court of Federal Claims, where the same claim is already pending in another court. The question presented here is whether plaintiff's action in the CFC for money damages for defendants in prudent investment and management of trust assets involves the same claim as its action in the district court for an equitable accounting based on defendant's failure to account. Now the term claim in the statute has two prongs, operative facts and the relief sought, and both of those are required, both have to be satisfied in order for Section 1500 to apply, and therefore they are independent requirements. Before I turn to those two prongs in detail, I want to start with two overarching points, and if we're right about either of them, and I think we're right about both of them, Section 1500 is inapplicable here. First, as to the operative facts, plaintiffs could win either of the cases involved here on the facts and lose the other case on the facts, and where that's true, the operative facts can't be the same. The operative facts in the CFC damages action are whether the defendants prudently managed and invested trust assets, prudent management and investment. The operative facts in the district court accounting action are whether the defendants provided an adequate accounting. Those operative facts are different. In theory, the defendants might have done an exceptional job of investing and managing trust assets. They could have been the Warren Buffet of trust investments, and if so, we would lose our CFC case for money damages on the facts, but we would still win our district court case for an equitable accounting if they failed to account. Counsel, Keene says, as I understand it, some overlap and substantially the same operative facts. Is that the language that you understand to come from Keene as well? Whether it is some overlap, we do not. As discussed in our brief, there's a lot of language in Keene and Lovelady's. Well, let me read a quote to you. Plaintiff's other suit was based on substantially the same operative facts, at least if there was some overlap in the relief requested. Congress did not intend the statute to be rendered useless by a narrow concept of identity. So you're not suggesting that it has to be complete identity, right, in order for a district court or, well, in this case, the court of federal claims to say jurisdiction doesn't lie here under 1500. You're not suggesting that absent complete identity, jurisdiction must exist. That's correct. We are not. We think the standard is substantial or material identity. By the way, it would be sufficient for 1500 to come into play. Here's my question. I'll just lay it all out here. Here's my problem. My problem is I think you could have pled a case that was distinctly different in the CFC. I think, I don't know if the statute of limitations bars you from doing it now, you can tell me, but I think you very well could have. But we've got about a million cases that say it's not our obligation to construe pleadings in the way in which you would like, but rather to actually look at the way in which you wrote the pleadings to appreciate what it was you appear to be asking for. And my problem is as I sit here with your pleading in front of me, I see lots of claims for both old and new money, as you phrased it, in the CFC complaint. I see you complaining in counts two and three about the United States not providing a complete and accurate accounting of judgment funds held in trust for its benefit, and that all seems to be independent of your claim about the management of the funds, which appear in discreetly different paragraphs. So my problem is 100 percent not with how you could argue your case. I think that you have a basis for distinguishing them, but how you pled your case, where I think that you co-mingled the two of them. So there you have it. I've laid it all completely out for you. Tell me why I've come your way. Let me try to address that as best I can. Lovelace does say that it's not determinative that the complaints might have been pled with greater precision. That was the same problem that the en banc court grappled with there. The question is not could we have done a better job? The question is, is the job that we did inconsistent with 1500? And there are two different issues. As I said, there's operative facts and there's the relief sought. And let me break those apart separately, if I can, and talk about them. And I'd be happy to respond to the particular questions that you've got about the paragraphs. So if I haven't touched on them, let me know which numbers it is that concern you. As to the operative facts, the operative facts are the facts that relate to the defendant's wrongful conduct that's the gravamen of the case. It's not every fact in the complaint. See, but here's the problem. I understand how you're arguing the case. And if you had pled the case the way you're arguing the case, I would find for you. So let's look at the document and rewrite the complaint for you in that light, but rather to assess what's here. And that's what the claims court judge did. And that's what we have to do. So if you want to turn to your CFC complaint on pages either 64 or 65 or 63 of your appendix, we can go through all of the counts. And maybe you can help me understand how I'm supposed to reconcile what looks to me to be overlapping claims. I'm sympathetic. I think you could have pled this in a way that would avoid all this. Well, then you could have filed one day earlier the other way around, too, that would have avoided it. And to be honest with you, I see no point to 1500's existence to begin with, but I don't get to do any of that. I have to apply it. I certainly agree with that, although I will add that as Lovelady said, the statute should be strictly and narrowly applied in light of that consideration. So it's not irrelevant, but I agree with you we have to look at the face of the complaints as they've been drafted. Counts 1, 2, 3, and 4 in the CFC complaint, as I read them, and I think they easily can be read, relate to the imprudent investment and the failure to earn a reasonable return. Those are the operative facts. What about paragraph number 28, the United States as trustee has never provided the nation a complete and accurate accounting of the revenue the United States collected or was required to collect under a mineral leases and permits. This is not, nor has it provided the nation complete records of such leases and permits it is required to maintain as trustee. It seems to me that that goes to old money and the same complaint that you had in the district court, which is, you know, you don't see and you haven't appreciated because the United States hasn't given to you, you know, an understanding of what it is they've done with the money they were supposed to maintain, you know, as your fiduciary as opposed to the mismanagement. You know, you look at other sections of this complaint like 29, which is all about the U.S. failing to enter into new leases and manage your money properly. It seems to me 28 parallels what you actually did argue in the district court complaint and 29 parallels what you want me to see as this complaint, but 28 exists nonetheless and every count has, unfortunately, this two-component aspect to it. I think that's right. There are two, as I said, two different things. The old money versus new money goes to the relief prong. The operative facts goes to the first prong. Let me start with that and then get to the relief prong because I do think they are somewhat different. As to the operative facts, whether the government accounted for the revenues as alleged in paragraph 28, is simply not an operative fact in the CFC. The government could have given a gold-plated accounting and we would still be entitled to the relief we seek in the CFC, the money damages, if they didn't prudently invest and manage the trust assets. The reason paragraph 28 in the parallel provisions or in the other counts is really twofold. One, it's to tell a story, which we're entitled to do under Rule 8, and that is, this is a trustee that has breached repeatedly and over long periods of times many trust duties. That doesn't make it essential for us to win this case, but it's an allegation we're entitled to put into our complaint. You can call it a background fact if you'd like. Are you absolutely convinced that complete relief is not available in either court? I believe so. We can't get a general pre-liability equitable accounting in the CFC, and we can't get money damages in the district court. But what you're calling money damages and what you're calling an equitable accounting, it would in fact be, if the substance of your complaint is actionable, any of the form would flow, would it not? You're calling it an equitable accounting, but you could just as well call it damages, would you not? Well, if it's damages, we can't get it in the district court. I don't mean to quibble over the language. That would put it in the court of federal claims, but the converse is, well, you're saying that there was a breach of a duty, which is an equitable action, and you're making the same assertion in the district court, would not, or you're persuaded nonetheless that full damages for that breach is not available in the district court, you're not doing yourself much of a service either by requiring full litigation of the complete factual premises twice. This is something that I don't think we had control over. That is, we cannot get full and complete relief in either court alone. If we proceeded only in the district court, we couldn't get money damages, the new money that I'll come back to in a second. If we proceeded only in the CFC, we could not get a general pre-liability equitable accounting. So the nature of the jurisdictional restrictions on the two courts required that we file two complaints, whether we could have acted differently. It's a breach of a duty, nonetheless, whether you call it an accounting or damages, if in fact there is a breach of a duty, you're saying nonetheless, so you'd have to prove, in the first place, you'd have to prove the same underlying facts in both cases? No, we would not prove the same underlying facts. The operative facts, to go back to the term from Love, Ladies, and Keen, the operative facts in the CFC are whether the investments were prudent and they earned a reasonable return. Those investment facts have nothing to do, nothing to do, with whether the government has provided us with an accounting as they're required to do. And conversely, whether they provided us an accounting doesn't have anything to do with whether they prudently managed our trust assets. Those are two different areas, have two different operative facts, and lead to two different forms of relief. In the Court of Federal Claims, we're seeking new money, that is money that should have been earned, but was not, and therefore isn't in the trust system. Suppose they took our assets and put them under the mattress of the Secretary of the Interior, and earned no interest, no return at all. What we're seeking in the CFC is to get the reasonable return on those assets that were not reasonably, prudently invested. New money. New money. But the problem is, your prayer for relief is just for damages generally attributed to the defendant's breaches of fiduciary duty, and you outline in counts 1, 2, 3, and 4, two types of fiduciary duty breaches that you identify. I understand that you can't seek damages for it, but you appear to have. No, I don't think so. The complaint fairly read seeks damages for the only thing that we can seek damages for, and the other parts of the complaint, as I said, are just background. The other reason they're in the background... So you're arguing then that even if the background facts may overlap, nonetheless, the prayers for relief are distinctly different. Yes. In one case, you're saying to the government, show us the books, give us an accounting. And in the other case, you're saying, all right, we have the accounting, whatever the adjustments may be required having been made, nonetheless, you failed to properly manage the assets, and there's damage as a result. Exactly. So you're arguing that these are two distinctly different forms of relief, and that meets the test under Lovelady's and Keene. Right. They have different operative facts, and they do not seek the same relief. Both prongs we meet here. And I suppose if you look at the prayer for relief sections of the two complaints alone, that might be a reasonable interpretation of what they say. But they come at the end of the complaints, and the complaints themselves, as Judge Moore points out, outline very broad sweeping counts and causes of action, which give the words in the prayer perhaps a broader gloss. And I think that's what concerned Judge Brugink, and frankly, that concerns me as well. What can you say about that? But the test is not whether there's language in the complaint or even facts in the complaint. The question is whether there are operative facts in the complaint. That has a meaning and doesn't, and requires you to identify, not to ignore the other facts. They're there. I'm not disputing it. But to give legal effect only to the operative facts. And the operative facts in the two cases are entirely different. The other reason I should add why the accounting is mentioned in the four counts for relief is statute of limitations. As you may know, Congress has passed a statute that totals the statute of limitations until an accounting is provided. And so to anticipate an argument that the government's been making that the statute of limitations bars the case, we alleged and took the initiative and alleged in our complaint that there'd been no accounting. And therefore, the conclusion would follow if and when we get to that in the litigation. The statute of limitations has not run. Now, as to the old money, Judge Moore, I want to make it clear what happens in the district court with the restatement and disgorgement and restitution. All of that involves only old money. That is money that's already in the trust system. The restatement will move it from the wrong account to the right account, but it's money that's already in the trust system. The disgorgement and restitution will take away any profit that the government made from using that money so that it's deprived of the ill-gotten gains of its wrongdoing, but it's money that's already in the trust account. If money in the trust account was dyed blue the moment it entered the system, the district court case will involve only blue money that is already in the system. And the CFC case will involve only money that's not blue because it's nowhere in the trust system, and therefore, is new money measured as compensatory damages for the harm to the plaintiff, not the wrongful gain to the defendant. Well, I think we should hear from the other side. I think you can ask the government the same questions and others. We'll save your rebuttal time and for any additional questions as well. It really can't have been the original purpose of this statutory section that there would be this split between the courts, do you think? The original purpose of 1500, I think this Court and others have spent a lot of time and a lot of ink trying to figure out precisely what the original purpose was. What's clear now from the case law is that the purpose is to prevent the federal government from having to litigate the same claim in two courts, and we would submit that's exactly what's going on here in the plaintiff's complaint. In theory, however, it would also protect the litigants in being able to obtain adequate relief, that is, complete relief, assuming a reasonable claim, in one form or the other. And is your theory that this plaintiff can obtain the full relief that's being requested in the district court? Of course, like any appellate attorney, I'm going to give a qualified yes. I think Judge Moore hit on this already, and Judge Lynn mentioned this as well. It's conceivable that there could have been some carefully pled complaints that would have alleged chromatically sealed facts and chromatically sealed relief that would have been not overlapping anyway. Complaints can be amended. I realize that Judge Bregging looked at the allegations, but let's look at this statute because we see what looks to me like quite a curious consequence. The fundamentals, once we get to the operative facts that there was mismanagement and this and that, we still are starting with the same relationship and the same premise, and yet the government's position was that they were in the wrong court, but that's why I want to be absolutely clear that the government's position is that the entirety of the relief is available in the district court. The entirety of the relief is not available in the district court to the extent that what the plaintiffs are seeking are money damages. Well, but then how can you insist, nonetheless, that they're not entitled to proceed? We would submit instead that functionally all of the relief that they're looking for is available in the Court of Federal Claims, and to the extent that what they're looking for is perhaps an implementation of Congress's requirement that the government provide an accounting, well, that narrow issue might be put forward before the district court. But let's be clear here. The plaintiffs characterized their district court complaint as one that is purely for an accounting. In fact, if you look at the district court... I don't want to draw a distinction, but here we are now with this possibility of two. I do want to take issue with the predicate. If you're suggesting that they did try to conform their complaints to this court's jurisprudence, I would suggest that anything but the case is true. It's clear, as Judge Moore suggested, that there are some simple things that a plaintiff can do to avoid the problems of Section 15 of Congress. But what purpose does that serve in the statute? If the idea behind the statute is to prevent the government from litigating in two claims, and the plaintiff can just end-run around it by filing first in the CFC and then going to the district court? Your Honor, that feature of the statute doesn't appear on the face of the statute. It comes from a decision in this court in the case called TECON. And what seems to have motivated the court there was that the plaintiff was trying to do some jurisdiction shopping on the eve of trial by saying, uh-oh, I'm about to go to trial in the Court of Federal Claims. Quickly I think I might lose. I think I'm going to file a district court proceeding to deprive the Court of Federal Claims of jurisdiction and be able to say, ha, I don't have to deal with that. Now, that holding has come to signify exactly what you said. And regardless of whether that's right or wrong, what it makes very plain is the plaintiffs could have avoided the problems that they're dealing with now. And the fact that they could have but didn't shows very clearly that that 1500 was not on their minds and that they didn't file it. They say they couldn't get an equitable accounting in the Court of Federal Claims. How could they have avoided that? In the Court of Federal Claims, they can get an accounting in aid of judgment. And the plaintiffs' own theories would be equivalent to the accounting that they're seeking in the district court. And by way of proving that, I'll suggest that the Court should take a look at the Ack-Chin case, which is a Court of Federal Claims case that is proceeding now because, as a matter of luck, the plaintiffs have filed the cases in the opposite order and thereby avoid Section 1500. In that case, the plaintiffs are asking for discovery of every single transaction that the government ever undertook with relation to the trust claims. They're asking for exactly the same kinds of information that they would get out of the district court in a case for an equitable accounting. So the government submits that the relief that they're looking for is available. It's available in the Court of Federal Claims. And the reason they're in the district court is because there's been some successful litigation in the Cobell case, which is well-known in this town, in which district courts have, in the government's view, stretched the limits of the equitable jurisdiction to reach a whole range of issues. And I think those cases are telling because there, currently, the district court has entered a $455 million restitutionary award that's not linked to any specific old money or new money. It's a broad-ranging award that's meant to compensate the trust for a range of government failings. Now, I submit to you that this old money, new money distinction that the plaintiffs are bringing forward today has no basis in reality, let alone in their complaints. Well, why does it have no basis? On the one hand, in the district court action, they're saying that what they're seeking is accounting. Tell us what is in the trust fund and give us a report about what assets exist. And on the Court of Federal Claims action, they're seeking whatever money damages might be appropriate from a failure to manage those assets. Aren't those distinctly different claims involving distinctly different facts? Those might be distinctly different claims, but they're not the claims that are in the complaint. I'd suggest that the court look at Joint Appendix pages 50 to 51. These are the accounts in the district court complaint in which the plaintiffs say that the government has breached its fiduciary duties. What paragraph are you on? I'm looking at paragraphs 40 through 44, which are on page 51. Among other things, they say in paragraph 44, the nation is entitled to injunctive relief directing the defendants to bring themselves into conformity with fiduciary obligations and otherwise address breaches of trust found by this court. Now, if you look at page 44 of the Joint Appendix, paragraph 20F, one of the breaches they allege is the failure to use reasonable skill and care to invest in deposit funds. So they're saying the government breached its trust obligations by failing to address or failing to invest prudently. Oh, and on page 51, we want injunctive relief, and in paragraph 43, potentially additional equitable relief to take action to correct these problems. So for the plaintiffs to say here that the district court complaint is limited to an informational accounting, I think it simply ignores the face of the complaint. On another point, on my point that the old money and new money distinction doesn't really hold up in the real world, there's a lot of hypotheticals one could imagine where you could characterize the claim as being one for old money or new money. For example, if a plaintiff tribe said, look, you collected money under a certain set of leases, but you gave it to the wrong tribe, is that a claim for damages, or is that a claim for restitution that the other tribe should give the money back? But in this case, the way they, I mean, the way I understand them to be arguing the old money and new money is old money is the money that you have somehow lost as part of your fiduciary duty to watch over us, meaning the old money, the money we had that you have misplaced, given away, somehow lost, and that seems to me to be a discrete and separate pile of money from new money. Okay, forget about what you lost. The stuff you didn't lose, you didn't manage properly. You had all these opportunities to make money for us which you were obligated to do and you didn't. I mean, it seems to me as discreetly different as a claim for, on the one hand, medical bills, and on the other hand, back pay because of the injury you suffered. You know, those are two discrete amounts of money, and suppose the federal government said you can pursue medical bills here because we want to make it efficient and easy for your doctors to gain repayment, but if you want to go after back pay, we want to scrutinize more closely. You've got to sue over here. I mean, that's discreetly different quantities of money arising from different offenses, and that's a lot like what they're arguing. I'm very sympathetic to the underlying issue being presented here. I understood, Your Honor. Let me address your concern in two ways. First of all, I want to point out again that this old money, new money distinction is nowhere apparent in the face of their complaint, and as this court seems to recognize, if you read the prayers for relief in light of the facts alleged, it's very hard to see how the plaintiffs would not be able to ask in district court for new money as well as old money, and similarly, it's very hard to see... Could they not have amended their complaint? I'm sorry. Could they have amended their complaint? If they had amended their district court complaint before filing their Court of Federal Claims complaint, then I think Section 1500 would not... It successfully amended it in order to do the things that this court would want. But they've amended the 1500 complaint to... I'm sorry, the Court of Federal Claims complaint? Yeah, sorry, the Court of Federal Claims complaint to make it clear that they were seeking only new money via the Court of Federal Claims. That's a good question, Your Honor. I don't have an answer based on case law because as far as I know, that issue hasn't come up yet. Regardless, I don't think... They can't pursue the mismanagement in terms of revenue you could have better secured for them via the district court, right? They can't pursue what they call new money in the district court complaint. Yeah, I think... I want to make one point there, and that is that the plaintiffs here are talking about the jurisdiction of the district court to issue the relief, but this is like the France case, that we don't look at the jurisdiction of the district court when we construe the complaint. We don't look at the complaint and parse out all the demands for relief that the district court would be unable to give. No, I don't think that's accurate. We look at Section 1500. We try and understand in administering the statute what was intended and how it works and how, in fact, from the appropriate structure should be. And if, in fact, the government in arguing that this case should be dismissed by the Court of Federal Claims has to be accepting the position, I would think that full relief is available in the district court. Otherwise, whatever it is, there would be a serious flaw in the arguments for dismissal. I would disagree. I would say that if the full relief is available, as we would suggest, in the Court of Federal Claims, then it cannot be that this court would then imbue the district court with jurisdiction to give relief that only the Federal Claims could get, for example. All right. But was, in fact, the position before the Federal Claims that full relief was available? I don't think the issue came up. What is clear is that before the Court of Federal Claims, the Court of Federal Claims – Well, it was pleaded. It's in the pleadings. It's in the complaint in the Court of Federal  I apologize, Your Honor. What is it that – I'm trying to understand the government's position in terms of how much relief is available, for example, in the Court of Federal Claims. In the Court of Federal Claims, the government believes that through the accounting in need of judgment, the plaintiffs would be able to get all the information, effectively, that they are seeking in the district court. And through monetary relief, they would be able to get the adjustment of their accounts that they seek in the district court as well. I want to return briefly to – Well, what about the mismanagement issue? Well, then I think that would be absolutely available in the Court of Federal Claims. No. In the – In the district court. Could they get that money out of the district court? Could they pursue new money in the district court? Again, under the France case, it doesn't matter if they could. What matters is whether they're asking for it. And the plaintiffs – the very same law firm here is representing the COBEL or some large numbers of the COBEL litigants. And in that case, they've asked for, for example, they said that the government may have failed to put certain monies into their accounts. They don't just want that money back. They want the government's – the government – the benefit that the government got out of having that money, which might include the – not having to borrow further monies. It might include a whole range of things that the district court has been saying, whoa, this doesn't look like old money to me. This looks like damages. And that looks like the sort of thing you would be asking in the Court of Federal Claims. I understand you're telling me not to look at what I'm asking you to look at. No. But just answer the actual question. Could they have gotten the money they're seeking in the Court of Federal Claims, i.e. new money, the way they characterize it, new money, in a district court litigation? I think Judge Brugging's opinion demonstrates that under trust principles, even equitable relief in a district court can sometimes be construed to encompass a range of relief that might encompass new money as well. And again, I want to point out that this old money, new money distinction doesn't work because, for example, if you say, look, you failed to collect money pursuant to these leases, you can state that as an old money claim, but you can also state it as a damages claim. You, the trustee, failed to administer this trust properly. You didn't do your job collecting money, and we want the money from you. If you look at the Court of Federal Claims complaint, and particularly the prayer for relief on page 67 of the Joint Appendix, regardless of the breadth of some of the statements in the pleadings preceding the prayer for relief, the prayer for relief seems very narrow, limited to only four different things that look like money damages. Are they not distinctly different from the claims set forth in the district court complaint? Absolutely not, Your Honor. In this complaint, they're saying we want money damages. In the district court, they're saying we want you to change the figures in our bank account to reflect what we think we should have. In the district court, one thing they're saying is we don't just want an accounting. We want the district court to review the accounting along with our exceptions and objections, and to correct the accounting to reflect what we think should have happened. And there's nothing in the district court complaint that says we're not going to talk about what we think should have happened in the management of one way or another. But there are two different breaches of trust in play, are there not? On the one hand, the district court, a breach of the trust to fully account. And on the other hand, there's in the Court of Federal Claims a breach of the duty to properly manage. I certainly agree that the plaintiffs here today are characterizing their complaints as such. But again, as Judge Moore has pointed out, the complaints talk about both kinds of breaches. And on page 65 to 66, as Judge Moore suggested, there's an allegation that the government failed to provide a complete accounting. And paragraph 40 says that breach of trust entitles the nation to damages. If at the end of this accounting it was discovered that the government had mismanaged in excess of $10,000, doesn't that deprive the...doesn't the district court not have jurisdiction to award the plaintiff more than $10,000? Wouldn't that have to have been done in the Court of Federal Claims? We certainly take the position that adjustments of the accounts of any kind are outside the jurisdiction of the district courts. But one of the reasons, I think, for the France decision and things like that is that we often are held to be an error by the district courts. And district courts do things, as the Cobell District Court is currently doing, that the government believes are beyond its jurisdiction. And nevertheless, the government has to pay those money. It's that risk of duplicative relief, duplicative money relief, aimed at redressing the same problems that Section 1500 was meant to prevent. I see that my time has expired, Your Honor. If there's no further questions. I would like to inquire as to whether there are any more questions. Any more questions? Fine. Okay. Thank you. Thank you, Your Honor. A number of points. First of all, I want to make it clear. I want to emphasize. No case in this Court or the Court of Federal Claims has ever applied Section 1500 to bar CFC jurisdiction where the plaintiff could not get full and complete relief in one court or the other. No case has done that. What about Harbuck? In Harbuck, there was overlapping relief. No, but they couldn't get everything they wanted in one or the other in Harbuck. I believe they could. I think that that was a case where there was discrimination in pay based on gender. Harbuck was seeking over $10,000 in damages, and the district court held it lacked jurisdiction to consider such a claim. So in Harbuck, it's the case that it seems like they couldn't get everything they were seeking. Well, then they could get it in the CFC. But in this case, we can't get full relief in either one of the courts. Why can't you get full relief in the CFC? Because we can't get an equitable accounting, and an accounting in aid of judgment is not the same thing. How? Why not? For several reasons. First of all, we didn't ask for an accounting in aid of judgment in the complaint. Well, you did ask for an accounting repeatedly in the complaint. Not an accounting in aid of judgment in the CFC. But you asked for an accounting repeatedly. Well, we go back to the discussion we had before about why the accounting is in there. We don't think that's an operative fact or a relief source. You realize that the courts have held operative facts are not limited to those that are necessary to prove your cause of action, right? I mean, all of our cases have held this. Operative facts are not just the ones you want to cherry pick out in a given suit. Well, I think footnote 17 in Lovelady suggests that you do look to the elements of the cause of action. It's not that different theories can give rise to different operative facts. But to determine what fact is operative, you have to look at the allegations of the complaint to know what's essential. So I think that is the... But you've told me in umpteen allegations in your complaint that the accounting is essential because it appears over and over in every single count you ask for the accounting. No, it's not essential. Our complaint in the CFC, putting aside the statute of limitations that I mentioned before where we anticipated the government's motion to dismiss based on limitations, if the word accounting did not appear anywhere in our CFC complaint, the complaint would not be vulnerable to a motion to dismiss. All of the operative facts, all of the essentials to our claim for money damages for imprudent management and investment are in that complaint and have nothing to do with an accountant. So that's what I understand the court to mean by operative facts. They're the facts that relate to the defendant's wrongful conduct that's the gravamen of the case. And to determine the operative facts, you look to those facts that are essential for the plaintiff's claim, for the plaintiff's complaint to stay the claim. You ask for damages related to the defendant's breach and at multiple times you complain about the United States not being provided the accurate accounting of the judgment that the funds held. So it's hard for me to understand that your CFC complaint means what you're telling me now it means. Well, the court will have to read the complaint for itself, but we submit that those are all background facts, not operative facts, and that the complaint would not be any different in terms of its operative facts if those allegations were not there. The second thing I want to say is that Cobell has nothing to do with this case. That was a case by individual Indian beneficiaries, not tribes. And the district court there, as your honors probably know, found that the accounting was impossible. That's not the situation here. So Cobell, whatever you may think of it, I don't want to get into a debate today, has nothing to do with the issue before the court on this appeal. Third, let me come back to this issue about the accounting in aid of judgment and why it's not the same thing as a general pre-liability equitable accounting. First of all, an accounting in aid of judgment is not relief at all. Not only didn't we seek it, it's not relief. And it may not be necessary here. We may have the information that's necessary to compute damages before we go into the case, or we may get it in discovery, or we may be able to obtain it from public records. So it's not at all clear that there's going to be an accounting in aid of judgment in the CSA case in any event. But on top of that, going back to first principles, the accounting in aid of judgment simply is not the same thing at all as the general equitable accounting. A general equitable accounting does not require that the trustee reach some other duty or that the beneficiary be entitled to some other relief. A duty to account is a freestanding right of the beneficiary, and the trustee must account even if it's complying with all of its other trust duties. That's not true of the accounting in aid of judgment. You get an accounting in aid of judgment only if you show an antecedent monetary liability. If an accounting is not relief and you didn't seek it in the CFC, which is what you're saying right now? I'm going beyond that. Let's just go to the first two. Then what does paragraph two in your prayer for relief on page 67 mean? This is your CFC complaint, and you ask under prayer for relief,  do the nation plus interest as allowed by law. We were asking for damages. We were not asking for... No, you did that in paragraph one. You have two separate numbered paragraphs here, right? When you ask for relief, you don't... Well, I think paragraph one, if I have to parse it, I think paragraph one is a determination of liability, and paragraph two is damages for that liability. I don't think they had to be pledged that way, but I think that's the way they read. But if I can come back to the accounting... It just seems like number two is you asking for accounting. Well... It's not? We are not asking for an accounting of any kind in that paragraph. We're certainly not asking for an equitable accounting, and we're not asking for an accounting in aid of judgment, and it wouldn't be proper to ask for that in a complaint because it's not relief at all. The other differences between an accounting in aid of judgment and a general equitable accounting, in addition to the fact whether you have to show an antecedent monetary liability, are two. First, a general equitable accounting is very broad and encompasses all of the trust assets. An accounting in aid of judgment, by contrast, is narrowly confined to the monetary liability that's been determined and is limited to the assets giving rise to that liability. So it's not all the assets, it's just the assets that were mismanaged. And third, a general equitable accounting is informational. It must provide all, all information about the trust so that the beneficiary knows the true state of the trust. That's not true of an accounting in aid of judgment. An accounting in aid of judgment is merely a procedural litigation tool to assist in computing the amount of the damages. It's not informational in the sense that it tells you everything about the trust. It's really just, it's like discovery. An accounting in aid of judgment is no more the same relief as a general equitable accounting is than discovery would be, simply because it provides information that's used in the lawsuit. They're simply not the same thing. I think we understand. Have you any more questions? Have you any more questions? Okay. This case is taken under submission.